04-CV-00777-CLM

_____FILED _____ENTERED
_____LODGED_____RECEIVE

APR 0 6 2004   MR

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Lieutenant Commander CHARLES SWIFT, a
resident of the State of Washington, as next
friend for SALIM AHMED HAMDAN,
    Military Commission Detainee,
    Camp Echo,
    Guantanamo Bay Naval Base,
    Guantanamo Bay, Cuba,

        Petitioner,

    v.

DONALD H. RUMSFELD, United States
Secretary of Defense; JOHN D.
ALTENBURG, Jr., Appointing Authority for
Military Commissions, Department of Defense;
Brigadier General THOMAS L.
HEMINGWAY, Legal Advisor to the
Appointing Authority for Military
Commissions; Brigadier General JAY HOOD,
Commander Joint Task Force, Guantanamo,
Camp Echo, Guantanamo Bay, Cuba;
GEORGE W. BUSH, President of the United
States,

        Respondents.

NO.   CV04 - 0777

APPLICATION AND ORDER FOR
SPECIAL ADMISSION TO PRACTICE
OF NEAL KATYAL PURSUANT TO
LOCAL RULE GR(2)(d)

Neal Katyal, John Carroll Research Professor of Law, Georgetown University Law

Center, Washington, D.C. ("Applicant"), requests permission to participate in this action as

counsel for Petitioner Lieutenant Commander Charles Swift.

PRO HAC VICE APPLICATION AND
ORDER FOR NEAL KATYAL - 1
[43439-0001/SL040410.108]

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888

1.    Name and Address of Applicant's Law Firm:

Georgetown University Law Center, 600 New Jersey Ave, Washington, DC 20001

2.    Basis of Particular Need:  Because this case involves complex issues of

federal Constitutional and statutory law as it relates to Salim Ahmed Hamdan's illegal

detention and possible trial before a military tribunal, Mr. Hamdan has a particular need for

attorneys knowledgeable in these areas of law.  Applicant is a Professor of Law at

Georgetown University Law Center, where he teaches Constitutional Law.  Applicant

previously served as National Security Advisor, U.S. Department of Justice.  Applicant's

extensive knowledge and experience in the areas of the law implicated in this case is such

that he will materially assist in clarifying the issues before the Court in this matter.

3.    Knowledge of Local Rules:  Applicant understands that he is charged with

knowing and complying with all applicable local rules of this Court.

4.    Member in Good Standing:  Applicant is a member of the Bar of the District

of Columbia and is also registered to practice before the United States Supreme Court, the

Federal Court of Appeal for the District of Columbia and the Sixth Circuit.  Applicant has not

been disbarred or formally censured by any court of record or state bar association.  There are

no pending disciplinary proceedings against Applicant.

5.    Residence Outside District:  Applicant resides and maintains his office outside

this district.

6.    Application Fee:  The application fee in the amount of $50 is submitted

together with this application.

PRO HAC VICE APPLICATION AND
ORDER FOR NEAL KATYAL - 2
[43439-0001/SL040410.108]

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888

DATED this ___5___ day of April, 2004.


By _____
Neal Katyal, D.C. Bar #462071

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47

PRO HAC VICE APPLICATION AND
ORDER FOR NEAL KATYAL - 3
[SL040410108-1]

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888

## CERTIFICATION OF LOCAL COUNSEL

The law firm of Perkins Coie LLP and the attorneys Harry H. Schneider, Jr., Joseph M. McMillan, David R. East and Charles C. Sipos are authorized and prepared to represent Petitioner Lieutenant Commander Charles Swift, as Next Friend of Salim Ahmed Hamdan, in this action, including at trial, in the event Applicant is unable to be present upon any date assigned by the Court.

DATED this ⟨6th⟩ day of April, 2004.

PERKINS COIE LLP

By _____
    Harry H. Schneider, Jr., WSBA #9404
    Joseph M. McMillan, WSBA #26527
    David R. East, WSBA #31481
    Charles C. Sipos, WSBA #32825

Attorneys for Petitioner Lieutenant Commander
Charles Swift

## ORDER

The foregoing Application is hereby approved by the Clerk of the Court.

DATED this ⟨7th⟩ day of ⟨April⟩, 2004.

_____
~~Clerk of the Court~~
Deputy Clerk

PRO HAC VICE APPLICATION AND
ORDER FOR NEAL KATYAL - **4**
[43439-0001/SL040410.108]

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888