THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Lieutenant Commander CHARLES SWIFT, a resident of the State of Washington, as next friend for SALIM AHMED HAMDAN,<br>    Military Commission Detainee,<br>    Camp Echo,<br>    Guantanamo Bay Naval Base,<br>    Guantanamo Bay, Cuba,<br><br>            Petitioner,<br><br>   v.<br><br>DONALD H. RUMSFELD, United States Secretary of Defense; JOHN D. ALTENBURG, Jr., Appointing Authority for Military Commissions, Department of Defense; Brigadier General THOMAS L. HEMINGWAY, Legal Advisor to the Appointing Authority for Military Commissions; Brigadier General JAY HOOD, Commander Joint Task Force, Guantanamo, Camp Echo, Guantanamo Bay, Cuba; GEORGE W. BUSH, President of the United States,<br><br>           Respondents. | NO. CV04-0777L<br><br>PRAECIPE |

PRAECIPE (NO. CV04-0777L) - 1
[43439-0001/SL040980.268]

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

TO:     THE CLERK OF THE COURT

Please substitute the attached pages ii, iii, iv and 2, which replace the original pages ii, iii, iv and 2 of the Petition for Writ of Mandamus Pursuant to 28 U.S.C. § 1361 or, in the Alternative, Writ of Habeas Corpus, which was filed on Tuesday, April 6, 2004. The attached pages ii, iii, and iv include corrections to the Petition's table of contents and table of authorities. The attached page 2 substitutes "July 3, 2003" for "July 3, 2004" at line 6. Please also take appropriate action, as necessary, to reflect these corrections.

PRAECIPE (NO. CV04-0777L) - 2
[43439-0001/SL040980.268]

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

RESPECTFULLY SUBMITTED this 8th day of April, 2004.

**NEAL KATYAL**
D.C. Bar #462071
600 New Jersey Avenue, NW
Washington, D.C. 20001
(202) 662-0000
Attorney for Petitioner
Pro Hac Vice Application Pending

**LIEUTENANT COMMANDER CHARLES SWIFT**
N.C. Bar #21084
Office of the Chief Defense Counsel for Military Commissions
1931 Jefferson Davis Highway, Suite 103,
Arlington, VA 22202
Next Fried of Salim Ahmed Hamdan
Pro Hac Vice Application Pending

and

**PERKINS COIE LLP**

By: s/Harry H. Schneider, Jr.
    Harry H. Schneider, Jr., WSBA #9404
    Joseph M. McMillan, WSBA #26527
    David R. East, WSBA #31481
    Charles C. Sipos, WSBA #32825
Attorneys for Petitioner

PRAECIPE (NO. CV04-0777L) - 3
[43439-0001/SL040980.268]

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

# CERTIFICATE OF SERVICE

On April 8, 2004, I caused to be served upon counsel of record, at the addresses stated below, via the method of service indicated, a true and correct copy of the following document:  **PRAECIPE**

| | |
|---|---|
| Mr. John McKay<br>U.S. Attorney's Office<br>601 Union Street, Suite 5100<br>Seattle, WA 98101 | ___ Via hand delivery<br>_X_ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>___ Via E-filing |
| Mr. John Ashcroft<br>Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, D.C. 20530 | ___ Via hand delivery<br>_X_ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>___ Via E-filing |
| Mr. George W. Bush<br>President of the United States<br>The White House<br>1600 Pennsylvania Ave., NW<br>Washington, D.C. 20500 | ___ Via hand delivery<br>_X_ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>___ Via E-filing |

PRAECIPE (NO. CV04-0777L) - 4
[43439-0001/SL040980.268]

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

| | | |
|---|---|---|
| Mr. Donald H. Rumsfeld<br>Secretary of Defense<br>Department of Defense<br>1600 Defense Pentagon<br>Washington, D.C. 20301 | ___<br>___<br>_X_<br><br>___<br>___<br>___ | Via hand delivery<br>Via hand delivery<br>Via U.S. Mail, 1st Class, Postage Prepaid<br>Via Overnight Delivery<br>Via Facsimile<br>Via E-filing |
| Mr. William J. Haynes, II<br>General Counsel<br>Department of Defense<br>1600 Defense Pentagon<br>Washington, D.C. 20301 | ___<br>_X_<br><br>___<br>___<br>___ | Via hand delivery<br>Via U.S. Mail, 1st Class, Postage Prepaid<br>Via Overnight Delivery<br>Via Facsimile<br>Via E-filing |
| John D. Altenburg, Jr.<br>Appointing Authority for Military Commissions<br>Department of Defense<br>1931 Jefferson Davis Highway, Suite 532<br>Arlington, VA 22202 | ___<br>_X_<br><br>___<br>___<br>___ | Via hand delivery<br>Via U.S. Mail, 1st Class, Postage Prepaid<br>Via Overnight Delivery<br>Via Facsimile<br>Via E-filing |
| Brigadier General Thomas L. Hemingway<br>Legal Advisor to the Appointing Authority for Military Commissions<br>Department of Defense<br>1931 Jefferson Davis Highway, Suite 532<br>Arlington, VA 22202 | ___<br>_X_<br><br>___<br>___<br>___ | Via hand delivery<br>Via U.S. Mail, 1st Class, Postage Prepaid<br>Via Overnight Delivery<br>Via Facsimile<br>Via E-filing |
| Brigadier General Jay Hood<br>Commander Joint Task Force, Guantanamo<br>Joint Task Force 176<br>Guantanamo, APO AE 09360 | ___<br>_X_<br><br>___<br>___<br>___ | Via hand delivery<br>Via U.S. Mail, 1st Class, Postage Prepaid<br>Via Overnight Delivery<br>Via Facsimile<br>Via E-filing |

PRAECIPE (NO. CV04-0777L) - 5
[43439-0001/SL040980.268]

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

| | | |
|---|---|---|
| Judge Advocate General<br>Chief Litigation Division, U.S. Army<br>901 N. Stuart St., Room 449<br>Arlington, VA  22203 | ___<br>_X_<br><br>___<br>___<br>___ | Via hand delivery<br>Via U.S. Mail, 1st Class,<br>Postage Prepaid<br>Via Overnight Delivery<br>Via Facsimile<br>Via E-filing |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, this 8th day of April, 2004.

> By: s/Harry H. Schneider, Jr.
> Harry H. Schneider, Jr., WSBA #9404
> Joseph M. McMillan, WSBA #26527
> David R. East, WSBA #31481
> Charles C. Sipos, WSBA #32825
> Attorneys for Petitioner

PRAECIPE (NO. CV04-0777L) - 6
[43439-0001/SL040980.268]

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone: (206) 359-8000
Fax:  (206) 359-9000

# CONTENTS

I. JURISDICTION ........................................................................................................ 6

II. VENUE ..................................................................................................................... 7

III. PARTIES .................................................................................................................. 7

IV. STATEMENT OF FACTS ....................................................................................... 8

V. EXHAUSTION OF REMEDIES ........................................................................... 14

VI. CLAIMS FOR RELIEF .......................................................................................... 15

COUNT ONE  DENIAL OF A SPEEDY TRIAL IN VIOLATION OF ARTICLE 10
    OF THE UNIFORM CODE OF MILITARY JUSTICE ........................................... 15

COUNT TWO  VIOLATION OF ARTICLE 103 OF THE THIRD GENEVA
    CONVENTION AND UNITED STATES GOVERNMENT
    REGULATIONS ....................................................................................................... 16

COUNT THREE  VIOLATION OF COMMON ARTICLE 3 OF THE GENEVA
    CONVENTIONS ...................................................................................................... 17

COUNT FOUR  CONSTITUTIONAL VIOLATION: ESTABLISHMENT OF
    MILITARY COMMISSIONS IN VIOLATION OF SEPARATION OF
    POWERS .................................................................................................................. 18

COUNT FIVE  CONSTITUTIONAL VIOLATION:  TRIAL BEFORE MILITARY
    COMMISSIONS IN VIOLATION OF EQUAL PROTECTION ............................ 19

COUNT SIX  DETENTION IN VIOLATION OF 42 U.S.C. § 1981 ................................ 21

COUNT SEVEN  CONSTITUTIONAL AND STATUTORY VIOLATION:
    INVESTING MILITARY COMMISSIONS WITH SUBJECT-MATTER
    JURISDICTION CONTRARY TO THE RECOGNIZED LAWS OF WAR ............ 21

COUNT EIGHT  THE APPOINTING AUTHORITY, AND ANY MILITARY
    COMMISSION THAT MAY BE ESTABLISHED, LACKS PERSONAL
    JURISDICTION OVER MR. HAMDAN ................................................................ 22

PRAYER FOR RELIEF ....................................................................................................... 24

PETITION FOR WRIT OF MANDAMUS PURSUANT
TO 28 U.S.C. § 1361 OR, IN THE ALTERNATIVE,
WRIT OF HABEAS CORPUS - ii
[43439-0001/SL040950.008]

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000

Case 1:04-cv-01519-JR   Document 1-11   Filed 09/02/04   Page 8 of 10


# TABLE OF AUTHORITIES

**Cases**

*Braden v. 30th Judicial Circuit Court of Ky.*, 410 U.S. 484 (1973) .................................. 7

*Calderon v. U.S. Dist. Court for Northern Dist. of Cal.*, 134 F.3d 981 (9th Cir. 1998) .................................. 5

*Dred Scott v. Sandford*, 60 U.S. (19 How.) 393, 449 (1856) .................................. 20

*Ex Parte Milligan*, 71 U.S. 2 (1866) .................................. 5

*Gherebi v. Bush*, 352 F.3d 1278 (9th Cir. 2003) .................................. 7

*In re Grimley*, 137 U.S. 147 (1890) .................................. 5

*Padilla ex rel. Newman v. Bush*, 233 F. Supp. 2d 564 (S.D.N.Y. 2002), *rev'd in part, Padilla v. Rumsfeld*, 352 F.3d 695 (2003), *cert. granted*, 124 S. Ct. 1353 (U.S. Feb. 20, 2004) .................................. 7

*Reid v. Covert*, 354 U.S. 1 (1957) .................................. 22

*Youngstown Sheet & Tube Co. v. Sawyer*, 343 U.S. 579 (1952) .................................. 19

**Statutes**

5 U.S.C. § 702 .................................. 6

10 U.S.C. § 802 .................................. 6, 15

10 U.S.C. § 810 .................................. 15

10 U.S.C. § 836 .................................. 15

18 U.S.C. App. 3 § 1 .................................. 9

18 U.S.C. App. 3 § 5 .................................. 9

28 U.S.C. § 1331 .................................. 6, 7

PETITION FOR WRIT OF MANDAMUS PURSUANT TO 28 U.S.C. § 1361 OR, IN THE ALTERNATIVE, WRIT OF HABEAS CORPUS - iii

[43439-0001/SL040950.008]

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

28 U.S.C. § 1361 ................................................................................................................. 1, 6

28 U.S.C. § 1391 .................................................................................................................. 6, 7

28 U.S.C. § 1651 ..................................................................................................................... 6

28 U.S.C. § 2241 .................................................................................................................. 6, 7

28 U.S.C. § 2242 ..................................................................................................................... 6

42 U.S.C. § 1981 ................................................................................................................. 6, 21

Geneva Convention Relative to the Treatment of Prisoners of War, Aug. 12,
    1949, 6 U.S.T. 3316 .................................................................................................... 16, 17

Joint Resolution 23, Authorization for Use of Military Force, Pub. L. No.
    107-40, 115 Stat. 224 (2001) ............................................................................................. 9

**Other Authorities**

Alberto R. Gonzales, Editorial, *Martial Justice, Full and Fair*, N.Y. Times,
    Nov. 30, 2001 ..................................................................................................................... 6

Army Regulation 190-8, Enemy Prisoners of War, Retained Personnel,
    Civilian Internees and Other Detainees (1997) ............................................................... 17

Department of the Navy, NWP 1-14M: The Commander's Handbook on the
    Law of Naval Operations 11.7 (1995) ............................................................................. 17

**Constitutional Provisions**

U.S. Const. Art. I § 9, cl. 2 ..................................................................................................... 4

PETITION FOR WRIT OF MANDAMUS PURSUANT
TO 28 U.S.C. § 1361 OR, IN THE ALTERNATIVE,
WRIT OF HABEAS CORPUS - iv

[43439-0001/SL040950.008]

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

eligible for trial by military commission pursuant to his Military Order of November 13, 2001. *See* Press Briefing of Senior Department of Defense ("DOD") Official and Senior Military Officer, July 3, 2003, attached as Exhibit A to the Swift Decl.

In early December 2003, in preparation for trial by military commission, Mr. Hamdan was placed in Camp Echo, "*our facility where we hold the pre-commission detainees.*" Press Briefing of Army Major General Geoffrey D. Miller, Feb. 13, 2004, at 30, attached as Exhibit C to the Swift Decl. (emphasis added). Conditions in Camp Echo are tantamount to solitary confinement, in that Mr. Hamdan is held in isolation from all other prisoners and permitted no visitors except Lieutenant Commander Swift. Yet as of the date of this Petition, DOD still has not set a trial date or even advised Mr. Hamdan regarding the nature of the charges on which he is to be tried.

Lieutenant Commander Swift is under orders to serve as Defense Counsel within the Office of Military Commissions in the Office of the General Counsel of the United States Department of Defense, as established pursuant to the Military Order. *See* Official Change of Duty Orders for Lieutenant Commander Swift, Sept. 2003, attached as Exhibit F to the Swift Decl. On December 18, 2003, Lieutenant Commander Swift was assigned to serve as Mr. Hamdan's appointed military defense counsel and he continues to serve in that capacity as of the date of this Petition. Lieutenant Commander Swift is under legal and military obligation to zealously represent Mr. Hamdan's interests and as such is a proper "next friend" for the purpose of this Petition. Lieutenant Commander Swift is legally domiciled in the Western District of Washington State and is entitled to seek relief in this Court.

PETITION FOR WRIT OF MANDAMUS PURSUANT
TO 28 U.S.C. § 1361 OR, IN THE ALTERNATIVE,
WRIT OF HABEAS CORPUS - 2
[43439-0001/SL040950.008]

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000