**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
SALIM AHMED HAMDAN,              :
                                 :
        Plaintiff,                :
                                 :
    v.                            :  Civil Action No. 04-1519 (JR)
                                 :
DONALD H. RUMSFELD,              :
                                 :
        Defendant.                :
```

## ORDER

For the reasons set forth in the accompanying memorandum, the government's motion to dismiss [75] is **granted. It is SO ORDERED.**

JAMES ROBERTSON
United States District Judge
