IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SALIM AHMED HAMDAN,<br>         Petitioner, | )<br>)<br>)<br>) |  |
| v. | ) | Civil Action No. 04-CV-1519 (JR) |
| ROBERT GATES, *et al.*, | )<br>)<br>) |  |
|          Respondents. | )<br>) |  |

## NOTICE OF TRANSFER AND RELEASE OF PETITIONER

Respondents hereby provide notice that the United States has relinquished custody and control of petitioner Salim Ahmed Hamdan (ISN 149).  On August 6, 2008, Hamdan was convicted of material support to terrorism at trial by military commission.  Hamdan was sentenced to sixty-six months in prison, with sixty-one months and seven days credited for pre-trial confinement.  On or about November 25, 2008, the Department of Defense transferred Hamdan to the Government of Yemen to serve the remainder of his sentence.  On or about January 9, 2009, the Government of Yemen announced the release of Hamdan from its custody, Hamdan having served the remainder of his sentence imposed by military commission.

Dated: January 30, 2009

Respectfully submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

   /s/ *Joseph C. Folio III*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN
JOSEPH C. FOLIO III
Attorneys
United States Department of Justice

        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., N.W.
        Washington, DC  20530
        Tel:  (202) 305-4968
        Fax:  (202) 616-8470

        Attorneys for Respondents